UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dr. Lawrence Cooper, DDS,<br><br>      Plaintiff,<br>vs.<br><br>Dr. Howard I. Cooper and<br>Excellence in Dentistry, Ltd.,<br><br>      Defendants. | No. 19 CV 6855<br><br>Judge Elaine E. Bucklo |

## **JUDGMENT**

On February 17, 2023, this Court issued a Memorandum Opinion & Order (Dkt. No. 89) granting in party and denying in part the Motion for Summary Judgment (Dkt. No. 55) filed by Plaintiff Dr. Lawrence Cooper, DDS ("Lawrence Cooper"). The Court granted the Motion for Summary Judgment as to Count II of Lawrence Cooper's Amended Complaint (Dkt. No. 30), brought against defendant Dr. Howard I. Cooper ("Howard Cooper") for breach of contract, and denied it as to the remaining three Counts. On April 28, 2023, Lawrence Cooper moved for voluntary dismissal of the remaining three Counts and for entry of a final judgment against Howard Cooper on Count II.

Now, therefore, in accordance with the Court's prior Orders and Federal Rule of Civil Procedure 58(a), the Court enters FINAL JUDGMENT against defendant Howard Cooper as follows:

 1. Howard Cooper is liable to Lawrence Cooper for breach of contract.

2. Judgment is entered against Howard Cooper and in favor of Lawrence Cooper on Count Two of the Amended Complaint, Dkt. 30, in the amount of $1,204,357.09, plus pre-judgment simple interest at the rate of 5% per annum ($164.98 per day) dating from April 22, 2019 to the date of this Judgment, totaling $1,450,837.21, and post-judgment interest at the statutory rate of 4.80% per annum ($158.38 per day) from the date of entry of Judgment until paid.

3. Counts One, Three, and Four of the Amended Complaint, Dkt. 30, are dismissed with prejudice.

ENTERED:

_____
ELAINE E. BUCKLO
UNITED STATES DISTRICT JUDGE

Date: May 26, 2023